450 A.2d 181

Commonwealth v. Crews, Appellant.
Petition for Allowance of Appeal
Denied Nov. 18, 1982.

Argued April 15, 1981. Thomas O. Vreeland, for appellant; Debbie O'Dell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Orders and judgment of sentences affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.